**Jeremy D. Jass, SBN 279466**
jeremy@jasslaw.com
Jass Law
4340 Von Karman Avenue, Suite 100
Newport Beach, CA 92660
Telephone: (562) 340-6299

Attorney for Plaintiff
CASMIR ANUMUDU

ROB BONTA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General
ALEXIS DIAMOND
Deputy Attorney General
State Bar No. 295249
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6229
 Fax:  (916) 731-2120
 E-mail:  Alexis.Diamond@doj.ca.gov

Attorneys for Defendants Donald Salvador &
Andrew Essig

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASMIR ANUMUDU,<br><br>                                Plaintiff,<br><br>       v.<br><br>DONALD SALVADOR, et al.,<br><br>                                Defendants. | Case No. 2:19-cv-04045-ODW (AGRx)<br><br>**JOINT STATEMENT RE: STATUS OF RULE 41 DISMISSAL** |

1

Plaintiff CASMIR ANUMUDU ("Plaintiff") and Defendants DONALD SALVADOR and ANDREW ESSIG (Defendants) jointly provide the following Statement regarding the Court's March 19, 2021 Order to file a Federal Rule of Civil Procedure Rule 41 Dismissal by May 7, 2021.

The parties to this action have reached a settlement that resolves all issues in this matter. Since filing the Notice of Settlement with the Court, both Plaintiff's counsel and Defendants' counsel worked together to finalize and execute the written settlement documents. However, the settlement funds have not yet been disbursed to Plaintiff's counsel consistent with the settlement agreement. The parties are working together to resolve this issue and have settlement funds sent to Plaintiff's counsel. Plaintiff is awaiting disbursement of settlement funds before filing a Rule 41 Dismissal of the matter, pursuant to the settlement agreement.

The parties anticipate that the settlement funds will be disbursed and a dismissal with prejudice will be filed with this Court within 45 days. The parties therefore request that the Court continue the May 7, 2021 deadline to file the Rule 41 Dismissal and retain jurisdiction for enforcement of settlement for another 45 days, so that the Rule 41 Dismissal may be filed.

Dated:  May 7, 2021                JASS LAW

                                   /s/ Jeremy Jass_____
                                   JEREMY D. JASS, ESQ.
                                   Attorney for Plaintiff Casmir Anumudu

Dated:  May 7, 2021                OFFICE OF THE ATTORNEY GENERAL
                                   CALIFORNIA DEPARTMENT OF JUSTICE

                                   /s/ Alexis Diamond_____
                                   ALEXIS DIAMOND
                                   Deputy Attorney General
                                   Attorneys for Defendants Donald
                                   Salvador and Andrew Essig

# **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Alexis Diamond, Esq., counsel for Defendants concurs in the content of this filing, the proposed order and have authorized the filing.

Dated:  May 7, 2021                             JASS LAW

/s/ Jeremy Jass_____
JEREMY D. JASS, ESQ.
Attorney for Plaintiff Casmir Anumudu